GERALD LIZZO, Appellant, v. STEPHEN O'CONNOR, Respondent.—

Practice Act. Nolan, P. J., Wenzel, Schmidt, Beldock and Ughetta, JJ., concur.

SOPHIE MAZOR et al., Appellants, v. OCEANA REALTY CORP. et al., Respondents.—

No opinion. Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ., concur.